448 A.2d 1149

Financial Advisory Serv. v. Alberti, Inc., Appellant.

Argued May 12, 1982. William P. Fedullo, for appellant; Samuel M. Liebman, for appellee.

Before CIRILLO, MONTEMURO and HOFFMAN, JJ.

Affirmed.

448 A.2d 1149

Hunt v. Hunt, Appellant.

Argued May 20, 1982. Robert N. Clarke, for appellant; Lucinda A. Bush, for appellee.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Appeal quashed.